1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Erika Ceniceros, | Case No. 2:25-cv-00668-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Park MGM, LLC, | |
| Defendant. | |

Plaintiff's counsel—Trevor J. Hatfield, Esq.—has moved to withdraw his representation of Plaintiff Erika Ceniceros, explaining that he has been unable to communicate with Ceniceros and she has not sent payment to him. (ECF No. 7). Counsel further explains that no defendants have appeared in this case, which is in its early stages, so his withdrawal will not result in delay. (*Id.*). Ceniceros has not responded to the motion to withdraw.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." LR IA 11-6(b). Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion. The Court finds that Plaintiff's counsel has met the requirements of LR IA 11-6(b). Ceniceros has also not responded, constituting her consent to the granting of the motion.

**IT IS THEREFORE ORDERED** that Trevor J. Hatfield, Esq.'s motion to withdraw (ECF No. 7) is **granted**. The Clerk of Court is kindly directed to remove Trevor J. Hatfield, Esq. as counsel of record and from the electronic service list for this case.

1    **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known

2  address and email address of Plaintiff to the civil docket and send a copy of this order to

3  Plaintiff's last known address:

4                                Erika Ceniceros

5                          4700 Rochelle Avenue, Apt. 205

6                              Las Vegas, NV 89103

7                            Diazericka05@gmail.com

8

9

10    DATED: June 30, 2025

11    _____

12    DANIEL J. ALBREGTS
      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28